IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDON JERROLD WHITE,

    Petitioner,

v.                                      CASE NO. 1:07-cv-00176-MP-AK

JAMES R MCDONOUGH,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 7, the Report and Recommendation of the Magistrate Judge, recommending that this petition be dismissed as untimely filed. The time for filing objections has passed, and none have been filed. The Court agrees that petitioner should have filed this petition by 2003 and has presented no argument as to why that time should be tolled. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *11th* day of March, 2008

                *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge